**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **PEREZ CANUL, ET AL.**, <br><br> Plaintiffs, <br><br> v. <br><br> **VIEW RESTAURANTS, LLC, ET AL.**, <br><br> Defendants. | Case No.: 4:23-cv-2704-YGR <br><br> **ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff Perez Canul has stopped participating in this case. He was, until recently, represented by attorney James Dore. The Court granted Dore's motion to withdraw as attorney after Dore discussed with plaintiff the consequences of being unrepresented, including that, if he failed to participate, his case would be dismissed. Most recently, the Court held a Case Management Conference on March 25, 2024, to receive updates on the case. Plaintiff Canul failed to show up and has not responded since.

For that reason, plaintiff Canul is **ORDERED TO SHOW CAUSE** why his case should not be dismissed for failure to prosecute. Plaintiff Canul has until **April 30, 2024**, to file an updated notice about how he wants to proceed with his case. Plaintiff is warned that failure to file a notice will result in the Court dismissing his case without further warning.

**IT IS SO ORDERED.**

Date: **April 5, 2024**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**