# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEREZ CANUL, ET AL.,**<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**VIEW RESTAURANT, LLC, ET AL.,**<br><br>　　　　Defendant. | Case No.: 4:23-cv-2704-YGR<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

By Order issued April 5, 2024, plaintiff was directed to show cause by April 30, 2024 why his case should not be dismissed for failure to prosecute or the action would be so dismissed without prejudice. As of May 6, 2024, plaintiff has failed to do so, and has failed to communicate in any manner with the Court.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**Date:** May 6, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**