1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ANA VENEGAS ESCORZO,

    Plaintiff,

    v.

VIEW RESTAURANTS LLC, ET AL.,

    Defendants.

Case No. 4:23-cv-02704-YGR YGR

ORDER TO SHOW CAUSE RE FAILURE TO PROSECUTE;

ORDER VACATING CASE MANAGEMENT CONFERENCE

TO PLAINTIFF ANA VENEGAS ESCORZO:

YOU ARE HEREBY ORDERED TO SHOW CAUSE in writing **no later than March 4, 2025**, why your claims should not be dismissed for failure to prosecute. Litigants must actively prosecute their case. On October 31, 2024, the Court granted attorney James Dore's motion to be relieved as counsel. The Court has heard nothing from plaintiff since that time. Failure to timely file responses in this case shall be deemed a failure to prosecute and an admission that good cause exists to dismiss the case without prejudice. Consequently, if plaintiff fails to timely respond or prosecute the action, the Court will dismiss this action for failure to prosecute, and without further notice.

Further, the case management conference set for February 24, 2025 is VACATED. The Court will reset the hearing at a later date if appropriate.

IT IS SO ORDERED.

Date:  2/18/2025

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE