**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANA VENEGA ESCORZO,**<br><br>   Plaintiff,<br><br>   v.<br><br>**VIEW RESTAURANTS, LLC ET AL.,**<br><br>   Defendants. | **Case No.:** 4:23-cv-2704-YGR<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 59 |

On February 18, 2025, the Court issued an Order to Show Cause why plaintiff's claims should not be dismissed for failure to prosecute. (Dkt. No. 59.) The Court ordered plaintiff to file a response by no later than March 4, 2025, and warned her that failure to do so would result in the dismissal of this lawsuit for failure to prosecute. Plaintiff did not file a response.

Pursuant to the Court's February 18, 2025 order, this case is **DISMISSED.** The clerk shall close the action.

**IT IS SO ORDERED**.

Date: March 11, 2025

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**